# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 11, 2023

## NO.  03-22-00174-CR

**Stanley Earl Pates, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction.  Therefore, the Court affirms the trial court's judgment of conviction.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.